IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Pearlie Boyd, Alberto Camacho, Dieisha Hodges, Monic Serrano, Sienna Guerrero-Brown, Stephanie Puckett, Genna Unley, Connie Wilson, Cami McEvers, Laurie Cahill, Harmony Deflorio, Joslyn Sanders, Marsha Solmssen, and Jessica Brodiski individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Target Corp.,<br><br>    Defendant. | Case No. 0:23-cv-02668-KMM-DJF<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFFS SIENNA GUERRERO-BROWN, CAMI MCEVERS, STEPHANIE PUCKETT, JOSLYN SANDERS, MARSHA SOLMSSEN, CONNIE WILSON, AND JESSICA BRODISKI AND THEIR RELATED CLAIMS WITHOUT PREJUDICE** |

Plaintiffs Sienna Guerrero-Brown, Cami McEvers, Stephanie Puckett, Joslyn Sanders, Marsha Solmssen, Connie Wilson, and Jessica Brodiski (collectively "Dismissing Plaintiffs") and Defendant Target Corp. ("Target") (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate to Plaintiffs' voluntary dismissal of their claims against Target pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii): Count XIII (CO), Count XIV (FL), Count XVII (IN), Count XVIII (MI), Count XXI (OK), and Count XXII (WA) without prejudice.

  **SO STIPULATED AND AGREED.**

| | |
|---|---|
| Dated: August 27, 2025 | Respectfully submitted,<br><br>*/s/ Brian C. Gudmundson*<br>Brian C. Gudmundson, MN Bar No. 336695<br>Rachel K. Tack, MN Bar No. 399529<br>**ZIMMERMAN REED LLP**<br>1100 IDS Center, 80 South 8th Street |

        Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
rachel.tack@zimmreed.com

Christopher D. Jennings (*pro hac vice*)
Tyler B. Ewigleben (*pro hac vice*)
**JENNINGS & EARLEY**
500 President Clinton Avenue, Suite 110
Little Rock, AR 72201
Telephone: (501) 247-6267
chris@jefirm.com
tyler@jefirm.com

Joseph Lyon (*pro hac vice*)
Kevin M. Cox (*pro hac vice*)
**THE LYON FIRM**
2754 Erie Ave.
Cincinnati, OH 45208
Telephone: (513) 381-2333
jlyon@thelyonfirm.com
kcox@thelyonfirm.com

***Attorneys for Plaintiffs and the Proposed Class***

Dated: August 27, 2025

*/s/ Ana Tagvoryan*
Ana Tagvoryan (admitted *pro hac vice*)
**BLANK ROME LLP**
2029 Century Park East, Sixth Floor
Los Angeles, CA 90067
Tel.: (424) 239-3465
ana.tagvoryan@blankrome.com

Melanie S. Carter (admitted *pro hac vice*)
**BLANK ROME LLP**
One Logan Square, 130 N. 18th Street
Philadelphia PA 19103
Tel.: (215) 569-5720
melanie.carter@blankrome.com

***Attorneys for Target Corporation***

2