# BLANKROME

2029 Century Park East | 6th Floor | Los Angeles, CA 90067

| | |
|---|---|
| *Phone:* | *(424) 239-3465* |
| *Fax:* | *(424) 239-3690* |
| *Email:* | *ana.tagvoryan@blankrome.com* |

March 3, 2026

***VIA ECF***

Hon. Dulce J. Foster
United States District Court for the District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

       Re:    *Boyd, et al. v. Target Corporation*,
               Case No. 23-cv-2668 (KMM/DJF)

Dear Judge Foster:

Pursuant to the Court's February 23, 2026 Order for Settlement Conference [ECF No. 128], Defendant Target Corporation ("Target") submits this letter to identify who will appear at the March 25, 2026 settlement conference. I will attend the conference with my colleague Melanie Carter. We are trial counsel for Target. Jake Vandelist, Target's Director Counsel, Litigation & Investigations, will also attend. Mr. Vandelist is a duly authorized officer of Target with full settlement authority for Defendant.

Respectfully submitted,

Ana Tagvoryan, Esq.