ZIMMERMAN | REED

March 6, 2026

*Via CM/ECF*

The Honorable Magistrate Judge Dulce J. Foster
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re:    *Boyd, et al. v. Target Corp.*
       **Case No. 0:23-cv-02668-KMM-DJF**

Dear Magistrate Judge Foster:

Pursuant to the Court's March 6, 2026 order, Plaintiffs in the above-titled matter submit this letter confirming that all four non-parties received notice of the IDR conference date and time and the Zoom instructions and Plaintiffs' understanding of who will be appearing at the IDR conference on behalf of each non-party and their contact information.

Below is the contact information for each non-party's attorney. Counsel for the non-parties informed Plaintiffs that these individuals will be attending the IDR conference on March 9, 2026.

| Non-Party | Attending Attorney | Contact Information |
|---|---|---|
| Markwins Beauty Brands, Inc., d/b/a Wet n' Wild and Physicians Formula Cosmetics, Inc. | Sean Newland | Greenberg Traurig, LLP 2375 E. Camelback Rd. Suite 800 \| Phoenix, AZ 85016 602.445.8027 Sean.Newland@gtlaw.com |
| L'Oreal USA S/D, Inc., d/b/a Maybelline | Ellen Brinkman | Gordon Rees Scully Mansukhani 80 S. 8th Street, Suite 3850 Minneapolis, MN 55402 612.216.3468 ebrinkman@grsm.com |
| Revlon Group Holdings LLC | Michael Gorman | Eckert Seamans Cherin & Mellott, LLC 275 Madison Avenue, 10th Floor New York, NY 10016 646.513.2296 mgorman@eckertseamans.com |

Mr. Newland made an appearance in this case and received the IDR conference date and time and the Zoom instructions from the Court on March 2, 2026 and March 3, 2026, respectively. Mr. Newland confirmed that he received the Zoom instructions.

The Court provided the IDR conference date and time to Ms. Brinkman and Mr. Gorman on March 2, 2026 through email correspondence to the non-parties and parties, including the Court's letter filing instructions.  Plaintiffs forwarded the IDR conference Zoom instructions to Ms.

March 6, 2026
Page 2

Brinkman and Mr. Gorman following receipt of that information from the Court. Ms. Brinkman and Mr. Gorman confirmed they received the instructions.

Respectfully submitted,

Rachel K. Tack
Partner | 612.341.0400 | rachel.tack@zimmreed.com

RKT:lah

cc:    All Counsel of Record
       (*via CM / ECF*)