**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Harmony DeFlorio, individually and on behalf of all other similarly situated<br>Plaintiff,<br>v.<br>Target Corp.,<br>Defendant. | Case No. 0:23-cv-02668-KMM-DJF<br>**DECLARATION OF RACHEL K. TACK IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE THE FIRST AMENDED COMPLAINT** |

I, Rachel K. Tack, declare as follows:

1. I am a Partner at the law firm of Zimmerman Reed LLP and counsel of record for Plaintiff Harmony DeFlorio and proposed class representatives Rakeedha Scarlett, Amanda Sullivan, Amber Kokenge, Roz Saedi, and Stephanie Andrecs in the above-captioned action. I am a member in good standing of the State Bar of Minnesota. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibits** are true and correct copies of the following documents:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **1** | Proposed Amended Complaint, clean version. |
| **2** | Proposed Amended Complaint, redlined version. |
| **3** | Email from Fiona Steele to Plaintiff's Counsel regarding Document Production, dated January 17, 2026. |
| **4** | Email from Serena Gopal to Plaintiff's Counsel regarding Document Production, dated January 27, 2026. |
| **5** | Email from Fiona Steele to Plaintiff's Counsel regarding Document Production, dated February 9, 2026. |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **6** | Email from Fiona Steele to Plaintiff's Counsel regarding Document Production, February 13, 2026. |
| **7** | Email from Fiona Steele to Plaintiff's Counsel regarding Document Production, dated March 6, 2026. |
| **8** | Email from Serena Gopal to Plaintiff's Counsel regarding Document Production, dated March 25, 2026. |
| **9** | Defendant's Initial Disclosures, dated November 14, 2024. |
| **10** | Email from Fiona Steele to Plaintiff's Counsel regarding First Document Production, dated July 25, 2025. |
| **11** | Excerpt from Defendant's Objections and Responses to Plaintiffs' First Set of Requests for Documents, dated January 27, 2025. |
| **12** | Email from Fiona Steele to Plaintiff's Counsel regarding Document Production, dated July 29, 2025. |
| **13** | Excerpts from Target_Boyd00030564, a Target-produced document from Target's July 29, 2025 Document Production, from spreadsheet dated April 17, 2023. (*Filed Under Seal*) |
| **14** | Excerpts from March 25, 2026 Document Production, identifying Plaintiff DeFlorio's Target Clean purchases. (*Filed Under Seal*) |
| **15** | Defendant Target Corporation's Response to Plaintiffs' Second Set of Requests for Production of Documents, dated November 14, 2025. |
| **16** | Email from Serena Gopal attaching the first production of documents related to any named Plaintiff, dated January 14, 2026. |
| **17** | Excerpt from Plaintiff Harmony DeFlorio's Responses and Objections to Defendant's First Set of Interrogatories, dated July 21, 2025. (*Filed Under Seal*) |
| **18** | Letter from Plaintiff's Counsel to Target's Counsel, dated March 11, 2026. |
| **18A** | Email chain between Target's Counsel and Plaintiff's Counsel, dated March 11, 2026 through March 23, 2026. |
| **19** | Excerpts from the Deposition of Plaintiff Harmony DeFlorio, dated March 2, 2026. |
| **20** | Excerpt from Target_Boyd00082523, a Target-produced document from March 30, 2020, re "clean status" of L'Oreal Paris True Match Powder. (*Filed Under Seal*) |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **21** | Subset of internal Target communications describing Target's inability to ensure products are correctly marked Target Clean in stores. (*Filed Under Seal*) |
| **22** | Email from Plaintiff's Counsel to Target's Counsel requesting missing bi-weekly reports from Target, dated March 20, 2026. |
| **23** | Email from Plaintiff's Counsel to Target's Counsel, dated March 17, 2026. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of April 2026 at Minneapolis, Minnesota.

*/s/ Rachel K. Tack*
Rachel K. Tack