# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| | ) | |
| Harmony DeFlorio, individually and on behalf of all other similarly situated | ) ) ) | Case No. 0:23-cv-02668-KMM-DJF |
| Plaintiff, | ) ) | **MEET AND CONFER STATEMENT** |
| v. | ) ) | |
| Target Corp., | ) ) | |
| Defendant. | ) ) ) | |

I, Rachel Tack, represent Plaintiff Harmony DeFlorio and hereby certify the following:

Counsel for Plaintiff met and conferred with Defendant by:

Having a telephone conference with Defendant's Counsel, Ana Tagvoryan on March 5, 2026.

Having a video conference with Defendant's Counsel, Ana Tagvoryan and Melanie Carter on March 18, 2026.

Having a video and telephone conference (Plaintiff's Counsel appeared by video and Defendant's Counsel appeared by telephone) on April 6, 2026.

Discussing the following motion:

Plaintiff's Motion to Amend the Complaint.

The parties have not agreed to any part of the motion.

Respectfully submitted,

Dated: April 13, 2026

/s/Rachel K. Tack
Brian C. Gudmundson (MN #0336695)
Rachel K. Tack (MN #0399529)
Benjamin R. Cooper (MN #0403532)

**ZIMMERMAN REED LLP**
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
rachel.tack@zimmreed.com
benjamin.cooper@zimmreed.com

Christopher D. Jennings (*pro hac vice*)
Jason W. Earley (*pro hac vice*)
Tyler B. Ewigleben (*pro hac vice*)
**JENNINGS & EARLEY**
500 President Clinton Avenue, Suite 110
Little Rock, AR 72201
Telephone: (501) 247-6267
chris@jefirm.com
jason@jefirm.com
tyler@jefirm.com

Joseph Lyon (*pro hac vice*)
Kevin M. Cox (*pro hac vice*)
**THE LYON FIRM**
2754 Erie Ave.
Cincinnati, OH 45208
Telephone: (513) 381-2333
jlyon@thelyonfirm.com
kcox@thelyonfirm.com

*Attorneys for Plaintiffs*

2