# EXHIBIT Q

ZIMMERMAN | REED

October 20, 2025

*Via Email Only*

Ana Tagvoryan
Erica R. Graves
BLANK ROME LLP
2029 Century Park East, Sixth Floor
Los Angeles, CA  900067

Melanie Carter
Serena S. Gopal
Fiona Steele
BLANK ROME LLP
One Logan Square, 130 North 18th Street
Philadelphia, PA 19103

Faris A. Rashid
GREENE ESPEL PLLP
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402

**Re:**     ***Boyd, et al. v. Target Corporation***
           **Case No. 0:23-cv-02668-KMM-DJF (D. Minn.)**

Dear Counsel:

We are following up on Target's document productions, and this letter shall provide a non-exhaustive list of information and documents that are responsive to Plaintiffs' requests but have not been produced.

**RFP No. 9:** Documents or Communications sufficient to demonstrate whether being in the Target Clean Program impacts the unit sales or revenue of the products in the Target Clean Program. This Request includes Documents concerning any changes in product sales before or after becoming a Target Clean product and any analysis or investigation Target or any third party (on behalf of Target or any product manufacturer or vendor) conducted concerning or comparing the sales of products before or after they become Target Clean products.

**Deficiency:** Target has not provided any responsive information.

Target has argued it is too burdensome to collect and produce unit sales and revenue data for Target Clean products during the relevant time period. Plaintiffs do not agree that collecting and producing this information subjects Target to an undue burden and this request is proportional to the needs of this case. As a compromise, however, Plaintiffs are willing to narrow this request to all unit sales and revenue data for the products identified in the Complaint from two years

October 20, 2025
Page 2

prior to the launch of the Target Clean program through the present (the "Discovery Products").[1] We reserve our right to supplement this to include other Target Clean and non-Target Clean products, which would be responsive and encompassed by this request.

The production concerning the Discovery Products should include the following information as retained by Target, by store/state/market, and by year: (1) unit sales from two years prior to the launch of the Target Clean program through the present; (2) revenue from two years prior to the launch of the Target Clean program through the present; (3) retail prices, including any discounts or rebates; (4) product details, e.g., volume, weight, product name; (5) wholesale costs, including any discounts or rebates; and (6) per unit margins and overall margins (may appear in "journal entries" that identify "Cost of Goods Sold", "Sales", "Discounts", and "Gross Profit" or "Gross Margin").

Again, Plaintiffs reserve their right to seek information concerning all Target Clean products and comparable, non-Target Clean products. Please confirm by October 24, 2025 when Plaintiffs can expect this production from Target.

**RFP No. 16:** Documents and Communications sufficient to demonstrate or identify any consumer analysis, investigation, surveying, or testing Target conducted concerning the Target Clean Program, the Banned Ingredients, "clean beauty" or use of the term "clean" in marketing.

**Deficiency:** Target has provided minimal responsive documents. The productions have not included information or documents sufficient to demonstrate any consumer analysis, investigation, surveying, or testing concerning the Target Clean program's impact on foot traffic or a "drive-to-store-strategy" or consumer preferences or demographics. The productions have also not included any studies of consumer behavior related to the Target Clean program done by or commissioned by Target. By October 24, 2025, please advise whether Target intends to supplement its document production to produce responsive information, or confirm no such information exists.

**RFP No. 17:** Documents and Communications sufficient to demonstrate or identify any competitor analysis, investigation, surveying, or testing Target conducted concerning the Target Clean Program, the Banned Ingredients, or "clean beauty".

**Deficiency:** Target has not provided any responsive information. By October 24, 2025, please advise whether Target intends to supplement its document production to produce responsive information, or confirm no such information exists.

---

[1] The Complaint products include: Almay Multi-Benefit Mascara, Covergirl Clean Fresh Pressed Powder, Covergirl TruBlend Matte Foundation, Maybelline Green Edition Balmy Lip Blush, Formulated with Mango Oil, Maybelline Green Edition Mega Mouse Mascara, Physicians Formula Monoi Bronzer, Matte Bronzer, Physicians Formula Magic Mosaic Bronzer Light Bronzer, Physicians Formula Murumuru Butter Believe It! Blush, Physicians Formula Powder Palette Pressed Powder, Wet n' Wild Bare Focus Tint Hydrator, Wet n' Wild Color Icon Blush, Wet n' Wild Contouring Palette, and Wet n' Wild Photo Focus Loose Setting Powder.

October 20, 2025
Page 3

**RFP No. 19:** Documents sufficient to demonstrate any increase in Target's revenue, profit, or sales which Target determined to be directly or indirectly the result of implementing the Target Clean Program, including any investigation, analysis, or product testing Target has completed to determine whether the Target Clean Program has a positive impact on Target's revenue.

**Deficiency:** Target has not provided any responsive information. A sufficient response should include information concerning Target's expenditures on the program (e.g., marketing, implementation, vendors, consultants, branding, designing, etc.) and any internal or external analysis (e.g., studies, PowerPoints, memorandums, or documents regarding the expected benefits and profitability and actual benefits and profitability of the Target Clean program). By October 24, 2025, please advise whether Target intends to supplement its document production to produce responsive information, or confirm no such information exists.

**RFP No. 20**: Documents and Communications sufficient to demonstrate any non-monetary benefit Target derives, either directly or indirectly, from the Target Clean Program.

**Deficiency:** Target has not provided any responsive information. A sufficient response would include documents or information concerning Target's public image, customer profile, publicity, or retailer status. By October 24, 2025, please advise whether Target intends to supplement its document production to produce responsive information, or confirm no such information exists.

**RFP NO. 25**: Documents sufficient to show the monthly unit sales of each product that was a part of the Target Clean Program for the following time period: one year prior to each product's inclusion in the Target Clean Program through the present.

**Deficiency:** Target has not provided any responsive documents. See Deficiency response to RFP No. 9.

**REQUEST No. 26**: Documents sufficient to show the monthly revenue generated from sales of each product that was a part of the Target Clean Program for the following time period: one year prior to each product's inclusion in the Target Clean Program through the present.

**Deficiency:** Target has not provided any responsive documents. See Deficiency response to RFP No. 9.

We intend to serve several subpoenas on Target's competitors and product manufacturers producing Target Clean products. The information we are seeking from the subpoenas includes information Target has not produced in this litigation and is generally as follows: (1) unit sales of Target Clean products for all retailers, including Target; (2) dollar sales of Target Clean products for all retailers, including Target; (3) per unit prices to all retailers, including Target; (4) margins of Target Clean products for all retailers, including Target; and (5) Target's market share of all U.S. sales of Target Clean products. We would expect Target to have this information as it relates to Target and to the extent Target conducted any analysis related to sales, prices, margins, and market share. This information is responsive, as it pertains to information in Target's possession custody and control, to Requests for Documents Nos. 7, 9, 17, 19, 25, and 26. By October 24, please advise whether Target intends to produce any of this information.

October 20, 2025
Page 4

Very truly yours,

Rachel K. Tack
Partner | 612.341.0400 | rachel.tack@zimmreed.com

RKT:lah

cc:    Brian C. Gudmundson
       Benjamin R. Cooper
       Christopher D. Jennings
       Tyler B. Ewigleben
       Jason W. Earley
       Joseph M. Lyon
       Kevin M. Cox
       (*all via email only*)