# UNITED STATES DISTRICT COURT
**DISTRICT OF MINNESOTA**

# CIVIL MOTION HEARING

**COURT MINUTES**

Harmony DeFlorio, individually and on behalf of all others similarly situated,

BEFORE:  Dulce J. Foster
U.S. Magistrate Judge

                    Plaintiff,

| | |
|---|---|
| Case No: | 23-cv-2668 (KMM/DJF) |
| Date: | April 27, 2026 |
| Venue: | Zoom Video Hearing |
| Court Reporter: | Rachel Braun |
| Recording: | Zoom Recording |
| Time Commenced: | 2:30 P.M. |
| Time Concluded: | 3:51 P.M. |
| Time in Court: | 1 Hour and 21 Minutes |

v.

Target Corp.,

                    Defendant.

**APPEARANCES:**

Plaintiff:  Counsel – Rachel Kristine Tack, Brian Gudmunson, Jason Earley

Defendant:  Counsel – Ana Tagvoryan, Melanie S. Carter, Fiona Steele

**PROCEEDINGS:**  Counsel for Plaintiff and Defendant presented oral argument regarding Plaintiff's *Motion for Leave to File the First Amended Complaint* (ECF No. 157) ("Motion").  For the reasons stated on the record, the Motion was **DENIED**.

☐ORDER TO BE ISSUED   ☒ **NO ORDER TO BE ISSUED** ☐R&R TO BE ISSUED ☐NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

Date: April 27, 2026

/s *William Chorba*
Law Clerk